IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT

Pierre Brown )
    Plaintiff )
)
vs. ) Case no. _____
)
)
Felicia Adkins, et al )
    Defendants

## Civil Complaint

This is a Civil Action Authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of State law of the rights secured by the Constitution of the United States.

The Court has Jurisdiction under 28 U.S.C Section 1331 and 1343 (A)(3). Plaintiff Brown seeks Declaratory Relief pursuant to 28 U.S.C Section 2201 and 2202.

Plaintiff Brown claims for injunctive Relief are Authorized by 28 U.S.C Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil procedure.

The Central District of Illinois is an Appropriate Venue under 28 U.S.C Section 1391 (b)(2) Because it is where the events giving Rise to this Complaint Occurred.

## plaintiff

plaintiff Brown is and at all times mentioned Herein is a prisoner of the state of Illinois in the custody of the Illinois Department of Corrections plaintiff is currently Confined in Danville Correctional Center.

## Defendants

Defendant Felicia Adkins is employed by the State of Illinois. She is Currently the Warden of Danville Correctional Center. Her duties include the operation of the facility and the welfare and safety of all inmates

Defendant Jennifer Chacon is employed by Wexford Health Services. She is Currently Employed as the Healthcare Administrator at Danville Correctional Center. Her duties include the overseeing of her staff to ensure medical treatment is Administered

Defendant Dr. E.K is employed by Wexford Health Services. he is currently employed as the Doctor at Danville Correctional Center. his Duties include providing medical treatment and care to the inmates at Danville Correctional Center.

Each Defendant is sued in their official and Individual Capacity at all times mentioned in this Complaint Each Defendant Acted under Color of State law

# FACTS

1. On April 8th, 2022 plaintiff Brown was transferred to Danville Correctional Center from Receiving unit NRC at Stateville Correctional Center, plaintiff had filed a Grievance prior to transfer for medical.

2. On May 3rd, 2022 plaintiff choked during chow feed, trying to swallow his food, plaintiff told officer he felt his throat swelling, plaintiff was not taken to Healthcare plaintiff again said he needed to go to healthcare.

3. plaintiff explained that he needed surgery because he had tonsil stones in the back of his throat and he was not allowed to keep his antibiotics that was prescribed to him by doctor in Stateville Correctional.

4. a female officer LT. Stone approached plaintiff and told plaintiff he needed to put in for sick call, plaintiff asked why did he have to put in for sick call, when his throat was swelling up. plaintiff was told again to

5. put in for sick call, plaintiff was then told to leave the chow Hall and return to his housing unit, plaintiff complied and wrote Request (see exhibit "A")

6. On may 14th, 2022 plaintiff Brown was unable to swallow his food, plaintiff approached Nurse Shomongo during med-line and explained his medical need, plaintiff was told to put in for sick call, plaintiff filed emergency Request (see exhibit "B")

7. On May 23rd, 2023 plaintiff was brushing his teeth and tried to brush toward the back of his throat, he immediately choked and coughed up blood and a yellow substance, plaintiff asked wing officer to call health care, wing officer never returned to plaintiff cell, plaintiff hit his button in the cell and was ignored

8. On June 10th, 2022 plaintiff put in for Sick Call again marking it an emergency (see exhibit C") plaintiff was having severe pain in his throat and could not swallow, preventing plaintiff from eating due to tonsil stones in plaintiff throat.

9. On June 12th, 2022 approximately at 4:40am plaintiff throat swelled while sleep, plaintiff started choking in his sleep. plaintiff cellmate called for help hitting the

10. emergency Button in cell over 30 times, Correctional Staff never replied, plaintiff wrote emergency Grievance (see exhibit D and letter to the warden (Exhibit E")

11. On July 11th, 2022 plaintiff wrote emergency Request for nurse sick call (see exhibit F")

12. On July 13th, 2022 plaintiff wrote Health care unit Administrator Jennifer Chacon about being constantly denied medical Attention (see exhibit G")

13. On August, 4th 2022 plaintiff Brown Requested to go to healthcare and was told to fill out request for nurse Sick Hall, plaintiff filed emergency Request (see exhibit H")

14. On September, 22nd, 2022 plaintiff filed another emergency grievance (see exhibit I") and he wrote warden Adkins another letter (see exhibit J")

15. On October 14th, 2022 plaintiff filed another Emergency Request for Nurse Sick Call (see exhibit K"

16. On October 23rd, 2022 plaintiff wrote another request to Healthcare for sick call explaining his critical need for surgery (see exhibit "L")

17. On November 11th 2022 plaintiff was sleep and started choking in his sleep, plaintiff got out of bed and stood over toilet in his cell, and started coughing up blood, plaintiff called for help and never got a response

18. On January 5th, 2023 plaintiff wrote another request to healthcare unit explaining how his throat was swelling up. (see exhibit "M")

19. On April 30th 2023 plaintiff wrote letter to Jennifer Chacon about still being denied medical treatment for over a year (see exhibit "N")

20. On August 3rd, 2023 plaintiff wrote another letter to Warden Adkins about his medical need and how he was still being denied (see exhibit O)

21. On September 15th, 2023 plaintiff wrote Healthcare unit Administrator Jennifer Chacon a letter about Healthcare staff misconduct and medical Denial (see exhibit "P")

22. On September 29th 2023 plaintiff was put in Segregation and on September 30th 2023 plaintiff throat swelled up and Correctional staff refused to get medical help plaintiff in fear of his life filed this complaint.

23.        Exhaustion of Legal Remedies

Plaintiff Brown used the Grievance procedure Available at Danville Correctional Center to try to Resolve all Issues. Plaintiff Brown presented the facts in this complaint to Warden Felicia Adkins by filing emergency Grievances To which she did not respond as plaintiff Brown Repeatedly wrote letters to Jennifer Chacon and Warden Adkins to get help for his severe medical need. Plaintiff Brown is still in critical need of Surgery and has no other alternative.

## LEGAL CLAIMS

Plaintiff Reallege and Incorporate by Reference Paragraphs 1-22

### Deliberate Indifference/Conspiracy

Felicia adkins participated in the violation of plaintiff Rights. She failed to act and Intervene after being informed through Grievances and letters. Jennifer Chacon and Dr. EK failed in their official Duties to Act after being informed of a serious medical need through letters and Grievances. Plaintiff suffered and is currently in crisis need of medical aid. All three Defendants showed Deliberate Indifference to a serious medical need.

## Prayer for Relief

Wherefore, plaintiff Respectfully prays that this Court Enter Judgement:

Granting plaintiff Brown a Declaration that the acts and omissions described Herein violated his rights under the laws of the United States Constitution, and

Granting plaintiff Brown Compensatory Damages in the amount of $750,000.00 against each Defendant Jointly and Severally

Punitive Damages in the amount of $750,000.00 against each defendant Jointly and Severally

plaintiff Brown seeks a Jury trial on all issues and Seeks Recovery of the Defendants Cost in this Suit and any additional Relief this Court Deems Just and proper and Equitable

Date: Nov. 2nd, 2023

Respectfully Submitted
Pierre Brown #M-35910
3820 E. Main St
Danville, IL 61834